IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE V. HOOD, | |
|     Plaintiff, | CV F 97 5013 LJO WMW PC |
| vs. | SCHEDULING ORDER |
| GEORGE SMITH, et al., | |
|     Defendants. | |

Pursuant to the status reports filed by the parties, the court enters the following schedule for this litigation.

The deadline for completion of discovery is June 17, 2008.

The deadline for filing dispositive motions is August 19, 2008.

Jury trial is set for April 6, 2009, at 8:30 a.m. in courtroom 4. A further pretrial scheduling order will issue, if necessary, after resolution of any dispositive motions.

IT IS SO ORDERED.

**Dated:   April 17, 2008**              /s/ William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE