IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYLE V. HOOD,

      Plaintiff,               CV F 97 5013 LJO WMW PC

  vs.                              ORDER

G. A. SMITH, et al.,

      Defendants.

On April 17, 2008, an order was entered, setting a deadline for further discovery and a dispositive motion filing deadline. In their status report, defendants indicated that further discovery would be appropriate. The court therefore set a deadline for further discovery.

Pending before the court is defendants' motion for summary judgment. If defendants desire further discovery, they should so inform the court, and the court will dismiss the pending motion for summary judgment without prejudice. Should defendants seek a ruling on the pending motion for summary judgment, they should so inform the court, and the April 17, 2008, scheduling order will be vacated as to the discovery and motion filing deadlines.

IT IS SO ORDERED.

**Dated:   April 21, 2008**          /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE