1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  LYLE V. HOOD,                              CASE NO. 1:97-CV-5013 LJO WMW PC

10                                            **ORDER TO ACCELERATE**
                            Plaintiff,        **THE CASE TO RESOLUTION**
11
       v.
12
    G. A. SMITH, et al.,
13
                            Defendants.
14  _____/

15

16          This Court has inherited this very old case.  The Court accepts the joint

17  blame for allowing it to languish.  That mode is now over.  On or before June 25,

18  2008, any party interested is required to file a document exercising one of the

19  following choices:

20          1.  that the pending motion for summary judgment be decided now

21                  a.      the result of this choice will be that unless the motion is

22                          granted in its entirety, a trial setting date will be issued

23                          concurrently with the motion deciding the Rule 56 pending

24                          motion.

25          2.  that the parties be allowed to conduct further, minimal discovery.

26                  a.      the result of choosing this option is that the current motion for

27                          summary judgment will be vacated and two things will occur:

28

1

1            I.     a scheduling order will be issued for any further motion

2                 for summary judgment to be issue

3            ii.    a firm trial date will be set

4    If neither side makes a choice, OR if they can not agree, the Court will

5    make the choice for the parties.

6    Regardless of which choice becomes reality, the trial date will be set within

7    6 months of today's date.

8

9    IT IS SO ORDERED.

10   **Dated:**   **June 3, 2008**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28