# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE V. HOOD, | CASE NO. 1:97-cv-05013-LJO-WMW PC |
| Plaintiff, | ORDER RESULTING FROM PARTIES' RESPONSE TO REQUEST FROM COURT |
| v. | |
| GEORGE SMITH, et al., | |
| Defendants. | |

Pursuant to the "Order to Accelerate the Case to Resolution" issued by this Court on June 3, 2008, both sides of this case have responded with their requested choices on how to proceed. The Plaintiff wishes the Rule 56 motion that is pending to be decided now, and Defendants wish to conduct minimal discovery and thereafter file an updated Rule 56 motion. This Court concludes that the impetus behind the Plaintiff's choice is to get this case resolved, either by motion or by trial, but in an expedited fashion. The Court believes that it can accommodate both parties' desires by doing the following in a TIME SENSITIVE fashion:

1. The defendants may take the plaintiff's deposition on or before August 13, 2008;
2. Defendants must file their updated Rule 56 motion on or before August 29, 2008;
3. Plaintiff must respond to the updated Rule 56 motion on or before September 29, 2008;
4. Trial Confirmation will be held on November 26, 2008 at 8:00 a.m. This conference will be a telephonic conference, and the Attorney General is to set the conference up

///

1

with the prison officials so that the conference is ON TIME with the plaintiff on the line from the prison.

5. The trial will take place on Monday, January 6, 2009, commencing ON TIME at 8:30 a.m. in Courtroom 4 of the United States Courthouse in Fresno, California.

IT IS SO ORDERED.

**Dated:   June 26, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2