IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYLE HOOD,** | CASE NO.: 1:97-cv-05013-LJO-WMW PC |
| Plaintiff, | **ORDER** |
| v. | |
| **G. SMITH,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted an additional fourteen days, to and including September 12, 2008, to file their dispositive motion in this matter.

IT IS SO ORDERED.

**Dated:   August 21, 2008**            /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE

Order

1