IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYLE HOOD,

        Plaintiff,        1: 97 CV 5013 LJO WMW PC

        vs.        ORDER

G. SMITH, et al.,

        Defendants.

      The parties have submitted a joint request to vacate trial and pretrial dates pending settlement of this matter.   The parties indicate that, given the likelihood that settlement will not be finalized prior to the due dates for dispositive motions, vacating those dates is in the interest of judicial economy and efficiency.   The court will vacate the motion filing deadline, but the trial date will remain, pending notification re the terms and conditions of settlement in a signed-by-the-parties format.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The dispositive motion filing deadline is vacated.

      2. The parties are directed to submit a status report re settlement progress within forty five days of the date of service of this order.

 IT IS SO ORDERED.

**Dated:   September 12, 2008**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE