# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HOOD,<br><br>            Plaintiff,<br><br>      v.<br><br>SMITH, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:97-cv-05013-LJO-WMW PC<br><br>ORDER CONFIRMING PRETRIAL CONFERENCE AND JURY TRIAL<br><br>(Doc. 179)<br><br>Joint Pretrial Conference<br>Statement Deadline:          11/21/08 |

This Court issued an Order on September 12, 2008 vacating the motion filing deadline, but keeping intact the trial date set for January 6, 2009, "pending notification re the terms and conditions of settlement in a signed-by-the-parties format." The parties were directed to "submit a status report re settlement progress within forty five days of the date of service of this order."

This Court has been provided with the Status Report filed by the counsel for the Defendants dated October 31, 2008. The Status Report does not comply with this Court's directives in its Order of September 12, 2008. Not only does it not provide the Court with the terms and conditions of the settlement as ordered, but the only inference that can be drawn by this Court from the parties' "exploring the possibility of participating in the Pro Se Mediation Program" is that the case is not in fact settled at all. As a result, it is hereby ORDERED that:

1. The trial set for January 6, 2009 is confirmed to commence at 8:30 a.m. on that date;
2. The pretrial conference will take place on December 4, 2008 promptly at 8:00 a.m. by telephonic conference call to be set up by the Attorney General's office; and
3. The joint pretrial conference statement is due to be filed not later than November 21, 2008.

IT IS SO ORDERED.

**Dated:    November 4, 2008**              /s/ Lawrence J. O'Neill

1

1                                                   UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28