1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | ROCHELLE C. EAST
Senior Assistant Attorney General
4 | TRACY S. HENDRICKSON
Supervising Deputy Attorney General
5 | REBECCA M. ARMSTRONG-GRAU, State Bar No. 227452
Deputy Attorney General
6 | 1300 I Street, Suite 125
P.O. Box 944255
7 | Sacramento, CA 94244-2550
Telephone: (916) 327-5686
8 | Fax: (916) 324-5205
Email: Rebecca.ArmstrongGrau@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYLE HOOD,** | CASE NO.: CIV F-97-5013 LJO WMW P |
| Plaintiff, | **STIPULATION TO REFER CASE TO PRO SE MEDIATION PROGRAM WITH MAGISTRATE JUDGE VADAS; ORDER** KEEPING TRIAL DATE INTACT |
| v. | |
| **G. SMITH,** | |
| Defendants. | |

In response to the Court's November 5, 2008 order, defense counsel and Plaintiff had a telephone conversation where the parties jointly agreed to request the Court to refer this case to the Prisoner Pro Se Mediation Program with Magistrate Judge Vadas to expedite settlement. The parties also agree that if this case is referred to the Pro Se Mediation Program and the mediation is unsuccessful, the parties will maintain all their litigation rights, including trial of the case. The parties, however, are confident settlement can be reached in this matter.

///

///

As such the parties jointly request that the case be referred to Magistrate Judge Vadas and the Pro Se Mediation Program.  Further, as of this date, there are two available dates for the mediation the week of December 8, 2008, through December 12, 2008, which would resolve this case prior to trial currently scheduled for January 2009.  A date can be scheduled immediately once an order is issued from this Court.

IT IS SO STIPULATED.

Date:  November 13, 2008          By:  */s/ Lyle Hood*
                                       Lyle Hood
                                       Plaintiff in Pro Per

Date: November 13, 2008           By:  */s/ Rebecca M. Armstrong*
                                       Rebecca M. Armstrong
                                       Attorney for Defendants

## ORDER

The Court, having considered the parties' stipulation for referral of the matter to the Pro Se Mediation Program with Judge Nandor Vadas, refers the case, but ONLY IF the current trial date remains in ful force and effect.  This Court does not vacate trial dates once they are set.  The case may be mediated, and the Court will work with a reasonable stipulation concerning moving all dates EXCEPT the trial date.  The trial date REMAINS set and will not be moved.

IT IS SO ORDERED.

**Dated:   November 17, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE