### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE VICTOR HOOD, | 1:97 CV 5013 LJO WMW PC |
|       Plaintiff, | |
| vs. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF** |
| G. SMITH, et al., | |
|       Defendants. | |

Plaintiff Lyle Victor Hood, inmate CDC# C-10256, a necessary and material witness  s in this case for a settlement conference on December 8, 2008, at 1:00 p.m. at California State Prison Solano, is confined at Mule Creek State Prison, P.O. Box 409040 Ione, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in a scheduled mediation conference at California State Prison Solano on December 8, 2008, at 1:00 p.m. before Magistrate Judge Vadas.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear at California State Prison Solano at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of Mule Creek State Prison:**

**WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



**DATED:  November 21, 2008**          **WILLIAM M. WUNDERLICH**
                                                       **UNITED STATES MAGISTRATE JUDGE**