# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE HOOD, | CASE NO. 1:97-cv-05013-LJO-WMW PC |
| Plaintiff, | ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING TO DECEMBER 10, 2008, AT 8:00 A.M. IN COURTROOM 4 |
| v. | |
| SMITH, et al., | ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY OF ORDER ON LITIGATION OFFICE AT MULE CREEK STATE PRISON |
| Defendants. | |

This matter is set for a telephonic trial confirmation hearing on December 4, 2008, at 8:00 a.m. before the undersigned. In light of the fact that the settlement conference is scheduled for December 8, 2008, the trial confirmation hearing shall be continued.

Accordingly, the telephonic trial confirmation hearing is HEREBY CONTINUED from December 4, 2008, at 8:00 a.m. to December 10, 2008, at 8:00 a.m. The Clerk's Office is DIRECTED to serve a courtesy copy of this order by facsimile on the Litigation Office at Mule Creek State Prison.

IT IS SO ORDERED.

Dated:     December 2, 2008                       /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE