IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYLE VICTOR HOOD,

       Plaintiff,            1: 97 CV 5013 LJO WMW PC

  vs.                           ORDER VACATING TTCH AND
                                  TRIAL DATE

G. SMITH, et al.,

       Defendants.

      This matter was set for jury trial on January 6, 2009. On December 2, 2008, an order was issued, continuing the trial confirmation hearing to December 10, 2008, at 8:00 a.m. The trial confirmation hearing was continued to accommodate for a mediation conference on December 8, 2008. On December 9, 2008, the Court received a stipulation of dismissal with prejudice, indicating that the parties have reached an agreement settling the case.

      Accordingly, IT IS HEREBY ORDERED that the December 10, 2008, telephonic trial confirmation hearing is vacated. The January 6, 2009, trial date is vacated as well.

IT IS SO ORDERED.

**Dated:   December 9, 2008**             /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

1