IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYLE VICTOR HOOD,

      Plaintiff,            1: 97 CV 5013 LJO WMW PC

  vs.                              ORDER DISMISSING ACTION

G. A. SMITH, et al.,

      Defendants.

      On December 9, 2008, the parties submitted a stipulation of dismissal with prejudice, indicating that they reached a settlement agreement at the December 8, 2008, settlement conference.   The parties agree to dismiss that action with prejudice as to all Defendants named in this action.   The dismissal is in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all named Defendants in this action.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   December 19, 2008**            /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE