IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE VICTOR HOOD,<br><br>    Plaintiff,<br><br>    v<br><br>GEORGE SMITH et al.,<br><br>    Defendants. | Case No C 97-5013 LJO WMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 8, 2008. The results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Rebecca Armstrong-Grau

☒ Other: California Department of Corrections and Rehabilitation, Alan Sobel

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☒ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☐ The parties are unable to reach an agreement at this time.

10  Date:  December 31, 2008

11  _____
    Nandor J Vadas
    United States Magistrate Judge
12  Northern District of California

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOD | No. C 97-5013 LJO WMW |
| v. | CERTIFICATE OF SERVICE |
| SMITH | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/31/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Lyle Victor Hood**
C-10256
MCSP-1
Mule Creek State Prison
PO Box 409040
Ione, CA 95640-9040

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3